IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| NSCO LLC d/b/a Need Supply Co., § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> Colby_Exon LLC, § <br> § <br> and § <br> § <br> Ryan Scanlon, § <br> § <br> Defendants. § <br> § | Civil Action No. 3:16cv848 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, NSCO LLC d/b/a Need Supply Co., and Defendants, Colby_Exon LLC and Ryan Scanlon, through their respective counsel, hereby stipulate that this action and all claims asserted herein against Defendants are dismissed with prejudice, except that the parties have agreed to expressly reserve jurisdiction in this Court to enforce the terms of their Memorandum of Understanding and any arbitration award resulting from the procedure contained therein.

This 6th day of July, 2018.

SO ORDERED

7/6/18   /s/
M. Hannah Lauck
United States District Judge

WE ASK FOR THIS:

/s/ Stephen M. Faraci, Sr.
Stephen M. Faraci, Sr. (VSB 42748)
Edward T. White (VSB No. 46498)
Janet W. Cho (VSB No. 74758)
LECLAIRRYAN PLLC
919 East Main Street, Twenty-Fourth Floor (23219)
P.O. Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 545-1516
Facsimile: (804) 916-7208

*Counsel for Plaintiff, NSCO LLC d/b/a Need Supply Co.*


/s/ Josh F.P. Long
Josh F. P. Long (VSB No. 65684)
Ben Rottenborn (VSB No. 84796)
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7725
Facsimile: (540) 983-7711
Email: jlong@woodsrogers.com

*Counsel for Defendants, Colby_Exon, LLC and Ryan Scanlon*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Josh F. P. Long (VSB No. 65684)
Ben Rottenborn (VSB No. 84796)
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7725
Facsimile: (540) 983-7711
Email: jlong@woodsrogers.com

*Counsel for Defendants, Colby_Exon, LLC and Ryan Scanlon*

/s/ Janet W. Cho
Janet W. Cho (VSB No. 74758)
LECLAIRRYAN PLLC
919 East Main Street, Twenty-Fourth Floor (23219)
P.O. Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 916-7161
Facsimile: (804) 916-7271
Janet.Cho@leclairryan.com